United States District Court
Middle District of Louisiana

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED

March 21, 2005

STEPHEN SAIZAN, RUSSELL HOOGE, AND RODOLFO GARCIA

VERSUS

DELTA CONCRETE PRODUCTS COMPANY, INC. AND ABC INSURANCE COMPANY

CIVIL ACTION

NO. 00-598-B-M1

## J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that the motion for attorney's fees filed by plaintiffs Stephen Saizan, Russell Hooge, and Rudolfo Garcia under 29 U.S.C. §216(b) be granted and that the plaintiffs be awarded reasonable attorney's fees in the amount of $13,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that the plaintiffs' request for an award of costs be denied.

Baton Rouge, Louisiana, March 21, 2005.

**FRANK J. POLOZOLA, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA**

Doc#41962